1276

No. 96–1666. Kucej v. Connecticut Statewide Grievance Committee. Sup. Ct. Conn. Certiorari denied. 

No. 96–1667. Gates v. County of San Luis Obispo et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1673. Pallan v. California. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1692. Speen v. Crown Clothing Corp. et al. C. A. 1st Cir. Certiorari denied. 

No. 96–1697. Gates v. County of San Luis Obispo et al. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1699. David et al. v. Mosley et al. C. A. 4th Cir. Certiorari denied. 

No. 96–1715. Arizona v. Richcreek. Sup. Ct. Ariz. Certiorari denied. 

No. 96–1728. In re Keathley. Sup. Ct. Mo. Certiorari denied.

No. 96–1741. Huck, Derivatively on Behalf of Sea Air Shuttle Corp. v. Dawson et al. C. A. 3d Cir. Certiorari denied. 

No. 96–1757. Holtzman v. Mullon, Director of Veterans Administration Medical Center, et al. C. A. 8th Cir. Certiorari denied. 

No. 96–1761. Rosenbaum v. Rosenbaum et al. App. Ct. Ill., 1st Dist. Certiorari denied. 

No. 96–1776. Brasten v. Zindell et al. C. A. 3d Cir. Certiorari denied. 

No. 96–1790. Ortega Venegas v. United States. C. A. 4th Cir. Certiorari denied. 

No. 96–1796. Medley v. United States. C. A. 7th Cir. Certiorari denied.